IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased<br><br>Plaintiff<br><br>v.<br><br>Washington Metropolitan Area Transit Authority<br><br>Defendant | *<br>*<br>*<br>* Case No.: 1:07-cv-00557<br>* Judge Colleen Kollar-Kotelly<br>*<br>*<br>*<br>*<br>*<br>* |

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies that he executed service of process upon Washington Metropolitan Area Transit Authority, c/o Office of General Counsel, 600 Fifth Street, NW, Washington, DC 20001, on March 29, 2007, by mailing, certified mail, return receipt requested, a Summons and Complaint dated March 21, 2006. The green return receipt card is attached hereto.

The undersigned further certifies that he is over 18 years of age and is not a party to this action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Date: 4/20/07

Jeffrey Fenster #432757
25 West Middle Lane
Rockville, MD 20850
301/340-2020

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

STATE OF MARYLAND         :

COUNTY OF MONTGOMERY      :

On the 20th day of April, 2007, before me, the undersigned officer, personally appeared JEFFREY FENSTER, known to me to be the person whose name subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes herein contained.

In witness whereof I hereunto set my hand and official seal.

Notary Public
My Commission Expires:

MONICA MALDONADO
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires November 1, 2009

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\353 affidavit of service.doc

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Metropolitan Area Transit Authority
C/o Office of General Counsel
600 Fifth Street, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tanya Price    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): TANYA PRICE
C. Date of Delivery: 3-29-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 6601 6516

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2