UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD N. SPERLING, Esq., as Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY <br><br> Defendant. | Civil No. 07-CV-557 <br> J. Kollar-Kotelly |

*******************************************************

| |
|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY <br><br> Third Party Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA <br><br> Third Party Defendant. |

*******************************************************

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S SUR-REPLY TO THE DISTRICT OF COLUMBIA'S MOTION TO STRIKE WMATA'S THIRD-PARTY COMPLAINT

The defendant and third party plaintiff, Washington Metropolitan Area Transit Authority ("WMATA") files its sur-reply to defendant, the District of Columbia's ("the District"), reply to WMATA's Opposition to District's Motion to Strike WMATA's Third-Party Complaint. As grounds therefor, WMATA states as follows.

The District in its reply simply states in response to WMATA's opposition that it does not state a claim for contribution. WMATA's third-party complaint specifically states WMATA's claim for indemnification and/or contribution in its complaint. See, WMATA's

Third-Party Complaint. The District then makes a completely separate argument not present in its original Motion that now addresses the sufficiency of the allegations in the Complaint. Solely on the basis that it brings up this new argument for the first time in its reply, Plaintiff's Motion should be denied. However, WMATA will address this new argument.

The District argues that WMATA's Third Party Complaint should be stricken, because it claims that WMATA has no cause of action relying on District of Columbia v. Freeman, 477 A.2d 713 (1994). In Freeman, the court found that the missing sign warning drivers of a cross-walk ahead had no legal significance, i.e., no proximate cause as a matter of law, because the Defendant driver knew that a cross walk was located at that location. The Court also found that in order for the Plaintiff to allege that the intersection was dangerous and defective, it would need an expert to testify to such allegations, which it failed to produce. This case reversed a jury verdict that was awarded damages against the District of Columbia.

Discovery in the above-captioned case has not begun, and such a motion is premature. WMATA alleges in its Complaint that the sign was missing which would have informed the Plaintiff decedent that buses are the only vehicles that could turn left at that intersection. It has not been established whether the Plaintiff knew that fact at the time that she crossed at or near the intersection. In fact, an article published in the Examiner discusses this accident in relation to the missing sign. See Article attached as Exh. 1. Should that sign not have been missing at the time of this accident, perhaps Plaintiff decedent would not have attempted to cross the street in the path of the WMATA bus.

WHEREFORE, WMATA's Third-Party Complaint against the District is appropriate, and should not be dismissed.

                                Respectfully submitted,

                                WASHINGTON METROPOLITAN AREA
                                   TRANSIT AUTHORITY

                              _____/s/_____
                              Sara L. Bloom #459926
                              Associate General Counsel

                              _____/s/_____
                              Donna L. Gaffney #428725
                              Assistant General Counsel
                              600 Fifth Street, N.W.
                              Washington, D.C.  20001
                              (202) 962-2420

Send to Printer    << Back to Article

# EXAMINER.com

## Local
## Sign missing at bus crash site



(Greg Whitesell/Examiner)
Mayor Fenty talks to reporters at the scene of the Metro Bus accident Wednesday.

Scott McCabe and Alan McCombs, The Examiner
Jan 18, 2007 3:00 AM (74 days ago)
Current rank: *Not ranked*

**WASHINGTON** - Mayor Adrian Fenty revealed that a traffic sign was missing from a busy intersection where a woman Tuesday became the seventh pedestrian in the Washington region killed by a Metrobus in 18 months.

The sign at 16th Street and Park Road Northwest had been knocked off two months ago, Fenty said. The sign warned traffic that buses were allowed to turn left, while all other vehicles were banned from doing so. Fenty said a new sign will go up by Wednesday night.

The woman was killed when she was hit while trying to cross at the Mount Pleasant intersection while the Metrobus No. 4261 turned left from 16h Avenue NW onto Park Road.

Investigators won't release the woman's name until her family is contacted.

Fenty said that signs aren't necessarily the solution at busy intersections.

"Even if you have all the signing, it's confusing," Fenty said. "Our job as the executive branch of government is to make sure these intersections are less confusing."

Sebastien Roblin, 23 a resident of Mount Pleasant, said she's never had any trouble avoiding the buses.

"Usually, they're fairly fast," Roblin said, "but I guess I take it for granted."

The bus driver, identified by police as Acie Inge, 31, of Capital Heights, had worked from Metro for more than a year. He has been placed on leave and tested for drugs and alcohol, which is routine in such circumstances, said spokesman Steve Taubenkibel.

In fiscal 2006, there were five Metro bus fatalities, Taubenkibel said.

In response to the number of bus crashes, Metro launched a pedestrian safety campaign using new technology, public education and efforts to reach children.

Metro distributed blinking pins, posted safety messages at bus stops and held a school poster competition. It also has equipped at least 55 buses with detection devices that will alert drivers when objects are too close.

smccabe@dcexaminer.com

*Examiner*