UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD N. SPERLING, Esq., as Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased<br>1413 Spring Road<br>Washington, D.C.  20010<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br>600 Fifth Street, NW<br>Washington, D.C.  20001<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 07-CV-557<br>)  J. Kollar-Kotelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT AND TO ALL COUNSEL OF RECORD, Please take NOTICE that the undersigned counsel are substituted for Sara Bloom as counsel for Defendant.

Respectfully submitted,

_____/s/_____
Fredric H. Schuster #385326
Associate General Counsel
(202) 962-2560

David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820
600 Fifth Street, N.W.
Washington, D.C  20001
Attorneys for Defendant WMATA