UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD N. SPERLING, Esq., as Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased**<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY    (WMATA)**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 07-CV-557<br>)  J. Kollar-Kotelly<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take NOTICE that the undersigned counsel are substituted for Sara L. Bloom as counsel for Defendant.

Respectfully submitted,

_____/s/_____
**Fredric H. Schuster #385326**
**Associate General Counsel**
**(202) 962-2560**

**David J. Shaffer #413484**
**Assistant General Counsel**
**(202) 962-2820**
**600 Fifth Street, N.W.**
**Washington, D.C  20001**
**Attorneys for Defendant WMATA**