UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD N. SPERLING, ESQ.,
Personal Representative of the Estate of
Clara Maribel Oxlaj-Gonzales,

     Plaintiff,

  v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    Defendant.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    Third-Party Plaintiff,

  v.

THE DISTRICT OF COLUMBIA,

    Third-Party Defendant.

Civil Action No. 07–557 (CKK)

**ORDER**
(August 3, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

3rd day of August, 2007, hereby

ORDERED that Third Party Defendant District of Columbia's [7] Motion to Strike the

Defendant/Third Party Plaintiff's Third Party Complaint is DENIED.

                               _/s/_                 
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge