UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD SPERLING,<br><br>      Plaintiff,<br><br>   v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Defendant. | C.A. No.: 07-0557<br>Judge Colleen Kollar-Kotelly |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Third-Party Plaintiff,<br><br>   v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>      Third-Party Defendant. | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General for the District of Columbia, as counsel for third-party defendant District of Columbia. Please withdraw the appearance of Leah Brownlee-Taylor as counsel for third-party defendant District of Columbia

                        Respectfully submitted,

                        LINDA SINGER
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


   /s/ Leah Brownlee Taylor
LEAH BROWNLEE TAYLOR [0488966]


   /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov