**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased<br><br>    Plaintiff<br><br>v.<br><br>Washington Metropolitan Area Transit Authority<br><br>    Defendant | *<br>*<br>*<br>*   Case No.: 1:07-cv-00557<br>*   Judge Colleen Kollar-Kotelly<br>*   Proponents Rule 26(a)(2)(B) Statement -<br>*   10/22/2007<br>*<br>*<br>*<br>* |

## **PRAECIPE**

WILL THE CLERK of the Court please dismiss without prejudice Count III only of Plaintiff's Complaint herein. Thank you.

          Respectfully submitted,

          STEIN, SPERLING, BENNETT, DE JONG,
          DRISCOLL & GREENFEIG, P.C.

By:  /s/_____
       Jeffrey Fenster [#09889]
       25 West Middle Lane
       Rockville, Maryland 20850
       (301) 340-2020

       Attorneys for Plaintiff

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020