UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD N. SPERLING, ESQUIRE | ) |
| AS PERSONAL REPRESENTATIVE OF ESTATE OF CLARA MARIBEL OXLAY-GONZALES, DECEASED | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-557 (CKK) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) |
| Defendant. | ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) |
| Third-Party-Plaintiff | ) |
| v. | ) |
| DISTRICT OF COLUMBIA | ) |
| Third-Party Defendant | ) |

**PRAECIPE OF APPEARANCE**

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General for the District of Columbia, as counsel for the District of Columbia, third-party defendant, in the above-captioned matter.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General

Civil Litigation Division

  /S/
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

  /s/
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)724–6519; (202)727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.