UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD SPERLING,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | C.A. No.: 07-0557<br>Judge Colleen Kollar-Kotelly |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Third-Party Defendant. | |

**THIRD-PARTY DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO
THIRD-PARTY PLAINTIFF WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY'S THIRD-PARTY COMPLAINT**

Third-party defendant, District of Columbia, by and through counsel, responds to the

Third-Party Complaint, as follows:

**FIRST DEFENSE**

The third-party plaintiff Washington Metropolitan Area Transit Authority (hereafter

"WMATA") fails to state a claim upon which relief can be granted. Specifically, the Third-Party

Complaint does not contain "a short plaint statement of the grounds upon which the Court's

jurisdiction depends," as required by Fed. R.Civ. P. 8(a).

## SECOND DEFENSE

In response to the specifically numbered paragraphs set forth in the Third-Party Complaint, third-party defendant District of Columbia responds in like-numbered paragraphs as follows:

1. The District acknowledges that the plaintiff has filed a Complaint alleging to have been injured and damaged as a result of the negligence of the defendant WMATA.

2. The allegations in paragraph 2 are the legal conclusions of the pleader to which no response is required. To the extent a response is required, the District denies the allegations and denies that WMATA is entitled to indemnification and/or contribution from the District of Columbia and that plaintiff's injuries were caused by the District's alleged negligence.

Further answering, the District denies all allegations of wrongdoing, intentional, negligent or otherwise, not specifically denied or otherwise responded to.

## THIRD DEFENSE

Third-party plaintiff has failed to comply with the mandatory notice requirements of the District's statute and may not maintain this action against the District.

## FOURTH DEFENSE

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of the acts or omissions, whether negligent or intentional or both, of a person or persons other than the defendant District of Columbia, or its agents, or employees acting within the scope of their employment.

## FIFTH DEFENSE

The statute of limitations and/or the doctrine of laches may bar all or part of the third-party plaintiff's claims.

**SIXTH DEFENSE**

If the third-party plaintiff was injured and/or incurred damaged as alleged in the Third-Party Complaint, such injuries and/or damages were the result of its sole and/or contributory negligence and/or its assumption of risk and/or the acts of a third party.

**SEVENTH DEFENSE**

The third-party plaintiff may have failed to mitigate its damages.

**EIGHTH DEFENSE**

Third-party defendant District of Columbia's actions were not the proximate cause of the third-party plaintiff's injuries.

**NINTH DEFENSE**

If the third-plaintiff were injured/and or damaged as alleged in the third-party Complaint, then such injuries and/or damages were caused by superseding causes not within the government's control.

**TENTH DEFENSE**

At all times relevant and appropriate, the Third-Party Defendant District of Columbia has fulfilled any and all legal obligations which may have been owed to the Third-Party plaintiff.

**ELEVENTH DEFENSE**

The public duty doctrine may bar the Third-Party plaintiff's claims.

**JURY DEMAND**

The District requests a trial by jury as to all issues so triable.

**WHEREFORE**, defendant District of Columbia respectfully requests this Honorable Court dismiss with prejudice the Third-Party Complaint against it filed by WMATA, and award

it judgment against the third-party plaintiff, WMATA on all claims set forth in the Third-Party Complaint, together with such further relief as may be appropriate.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                   /s/ Patricia A. Jones
                PATRICIA A. JONES [428132]
                Chief, General Litigation, Section IV

                   /s/ Leticia L. Valdes
                LETICIA L. VALDES [0461327]
                SALLY L. SWANN [1]
                Assistants Attorney General
                441 4th Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 442-9845; (202) 727-6295
                Leticia.Valdes@dc.gov

---

[1] Appearing under Rule 49 (c) (4) of the District of Columbia Court of Appeals and LCvR 83.2.