IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DONALD N. SPERLING, ESQUIRE** )<br>**AS PERSONAL REPRESENTATIVE** )<br>**OF THE ESTATE OF CLARA** )<br>**MARIBEL OXLAJ-GONZALES,** )<br>**DECEASED** )<br>                                    )<br>         **Plaintiff,**     )<br>v.                              )<br>                                    )<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY, et al.** )<br>                                    )<br>         **Defendants.**    )<br>_____)<br>                                    )<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY** )<br>                                    )<br>         **Third-Party Plaintiff,** )<br>                                    )<br>v.                              )<br>                                    )<br>**DISTRICT OF COLUMBIA**  )<br>                                    )<br>         **Third-Party Defendant.** ) | Civil Action No.:07- 557 (CKK)<br>Status Report Due: 9/6/07 |

### STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to the rules of this Court, and in accordance with this Court's Scheduling and Procedures Order entered August 6, 2007, the parties submit this report regarding the Discvoery Plan in this matter, and represent as follows:

**I.    DEPOSITION DATES**

The parties anticipate deposing each eyewitness .  The parties have at this time set aside October 12, October 16, October 16, October 18, October 23 and October 25, for the depositions

of the following persons, in addition to any other persons whose depositions are desired by any party:

    Acie Inge, III, operator of Metro Bus involved in Collision

    Donald N. Sperling, Plaintiff

    Designated Agent, Defendant WMATA

    Designated Agent, Defendant District of Columbia

    Carlos Quintana, eyewitness to Collision

    Bitra Gianjone, eyewitness to Collision

    Nadhi Mohammed, eyewitness to Collision

    Mark Wade, eyewitness to Collision

    Detective Wayne Washington, MPD, investigated Collision

    Kenneth E. Sutton, Street Supervisor, WMATA, investigated Collision

    Officer Mark Milhouse, WMATA, investigated Collision

    Officer Ernest Stanley, WMATA, investigated Collision

    Fabian Oxlaj-Gonzalez, brother to Decedent

    Ruben Oxlaj-Gonzalez, brother to Decedent

    Manual Oxlaj, nephew to Decedent

    Nicolas Oxlaj, nephew to Decedent

    Jose Oxlaj, nephew to Decedent

    Transito Oxlaj, niece to Decedent

    Dr. Marie-Lydie Y. Pierre-Louis, Medical Examiner

## II. WRITTEN DISCOVERY

The parties agree that each of them shall propound written discovery on or before October 31, 2007.

## III. OTHER MATTERS

The parties are in the process of scheduling the depositions of the several witnesses on the aforesaid dates. The parties intend to act in a spirit of mutual cooperation and flexibility in scheduling additional and/or alternative dates for depositions and other discovery procedures. The deadline imposed by the Court through its Scheduling and Procedures Order is March 10, 2008.

**Respectfully submitted,**

**_/s/_____**
**Jeffrey Fenster, Esq. #09889**
**25 West Middle Lane**
**Rockville, Maryland 20805**
**(301) 340-2020**
**Counsel for Plaintiff Sperling**

**__/s/_____**
**Fredric H. Schuster, Esq., # 385326**
**Washington Metro Area Transit Authority**
**600 Fifth Street, N.W.**
**Washington, D.C. 20001**
**(202) 962-2560**
**Counsel for Defendant/ Third-Party**
**Plaintiff WMATA**

**__/s/_____**
**Leah Brownwell Taylor, Esq. #488966**
**Assistant Attorney General**
**441 4th Street, N.W., 6N**
**Washington, D.C. 20001**
**(202)-724-7854**

3

**Counsel for Third Party Defendant
District of Columbia**

Case 1:07-cv-00557-CKK    Document 24    Filed 09/06/2007    Page 5 of 5