IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD N. SPERLING, ESQUIRE** <br> **AS PERSONAL REPRESENTATIVE** <br> **OF THE ESTATE OF CLARA** <br> **MARIBEL OXLAJ-GONZALES,** <br> **DECEASED,** <br><br> Plaintiff, <br> v. <br><br> **WASHINGTON METROPOLITAN** <br> **AREA TRANSIT AUTHORITY**, *et al.* , <br><br> Defendants. <br><br> **WASHINGTON METROPOLITAN** <br> **AREA TRANSIT AUTHORITY** <br><br> Third-Party Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br><br> **Third-Party Defendant.** | Civil Action No.:07- 557 (CKK) <br> **Status Report Due: 9/6/07** |

## STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to the rules of this Court, and in accordance with this Court's Scheduling and Procedures Order entered August 6, 2007, the parties submit this report regarding the Discovery Plan in this matter, and represent as follows:

**I.   DEPOSITIONS**

The parties anticipate deposing each eyewitness . The parties have at this time set aside October 12, October 16, October 18, October 23 and October 25, for the depositions of the following persons, in addition to any other persons whose depositions are desired by any party:

Acie Inge, III, operator of Metro Bus involved in Collision

Donald N. Sperling, Plaintiff

Designated Agent, Defendant WMATA

Designated Agent, Defendant District of Columbia

Carlos Quintana, eyewitness to Collision

Bitra Gianjone, eyewitness to Collision

Nadhi Mohammed, eyewitness to Collision

Mark Wade, eyewitness to Collision

Detective Wayne Washington, MPD, investigated Collision

Kenneth E. Sutton, Street Supervisor, WMATA, investigated Collision

Officer Mark Milhouse, WMATA, investigated Collision

Officer Ernest Stanley, WMATA, investigated Collision

Fabian Oxlaj-Gonzalez, brother to Decedent

Ruben Oxlaj-Gonzalez, brother to Decedent

Manual Oxlaj, nephew to Decedent

Nicolas Oxlaj, nephew to Decedent

Jose Oxlaj, nephew to Decedent

Transito Oxlaj, niece to Decedent

Dr. Marie-Lydie Y. Pierre-Louis, Medical Examiner

## II. WRITTEN DISCOVERY

The parties agree that each of them shall propound written discovery on or before October 31, 2007.

## III. OTHER MATTERS

The parties are in the process of scheduling the depositions of the several witnesses on the aforesaid dates. The parties intend to act in a spirit of mutual cooperation and flexibility in scheduling additional and/or alternative dates for depositions and other discovery procedures. The deadline imposed by the Court through its Scheduling and Procedures Order is March 10, 2008. The District understands that it must contact the Court prior to filing a dispositive motion, but reserves its right to file a dispositive motion should the evidence learned through discovery warrant it.

Respectfully submitted,

/s/
Jeffrey Fenster, Esq. #09889
25 West Middle Lane
Rockville, Maryland 20805
(301) 340-2020
Counsel for Plaintiff Sperling

/s/
Fredric H. Schuster, Esq., # 385326
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560
Counsel for Defendant/ Third-Party Plaintiff WMATA


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
 (202) 442-9845; (202) 727-6295
Leticia.valdes@dc.gov

Counsel for Third-Party Defendant D.C.