# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| Donald N. Sperling, Esq., et al. | * |
| | * Case No.: 1:07-cv-00557 |
| Plaintiffs, | * Judge Colleen Kollar-Kotelly |
| | * Opponents' Rule 26(a)(2)(B) Statement |
| v. | *   Due:  January 7, 2008 |
| | * |
| Washington Metropolitan Area Transit Authority | * |
| | * |
| Defendant/Third-Party Plaintiff, | * |
| | * |
| v. | * |
| | * |
| District of Columbia | * |
| | * |
| Third-Party Defendant. | * |

## NOTICE REGARDING DISCOVERY

Undersigned counsel hereby certifies that on the 22nd day of October, 2007, a copy of Plaintiff's Rule 26(a)(2)(B) Disclosure was served by first class mail, postage prepaid to:

> Fredric H. Schuster, Esq.
> 600 Fifth Street, N.W.
> Washington, DC  20001
>
> Leticia L. Valdes, Esq.
> 441 4th Street, N.W.
> 6th Floor, Room 600S
> Washington, D.C.  20001

Undersigned counsel will retain the original documents, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

Respectfully submitted,

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By: _____/s/_____

Jeffrey Fenster
Attorney Code No. 432757
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2007, a copy of the foregoing Notice Regarding Discovery was mailed, first class, postage prepaid, to the following person(s):

**Fredric H. Schuster, Esq.**
**600 Fifth Street, N.W.**
**Washington, DC    20001**

**Leticia L. Valdes, Esq.**
**441 4th Street, N.W.**
**6th Floor, Room 600S**
**Washington, D.C.   20001**

_____/s/_____

Jeffrey Fenster

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020