IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Donald N. Sperling, Esq., et al. | * |
| | * Case No.: 1:07-cv-00557 |
| Plaintiffs, | * Judge Colleen Kollar-Kotelly |
| | * Amendments Due: 10/05/2007 |
| v. | * |
| | * |
| Washington Metropolitan Area Transit Authority | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S REPLY TO THIRD-PARTY DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate ("the Estate") of Clara Maribel Oxlaj-Gonzalez ("Plaintiff's Decedent"), and Legal Representative of the Estate, by and through undersigned counsel, and files this reply to the Opposition of the Third-Party Defendant District of Columbia's to Plaintiff's Motion for Leave to Amend the Complaint herein to include the District of Columbia ("the District") as a party defendant, and represents that:

1. Plaintiff filed his Complaint herein on or about March 21, 2007, naming Defendant Washington Metropolitan Area Transit Authority on three counts, including one for wrongful death and one for a survival action, arising out of a pedestrian collision in which Clara Maribel Oxlaj-Gonzalez was killed. The Plaintiff withdrew the third count by Praecipe dated August 8, 2007.

2. The Defendant WMATA has filed a Third-Party Complaint against the District, alleging that the District's failure to properly maintain a sign at the Intersection caused or contributed to cause the Collision.

3. Defendant District moved to dismiss the Complaint against it, but said motion was denied on August 3, 2007.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

4. The Plaintiff filed a Motion for Leave to Amend Complaint, seeking to name the District as a party defendant to the extent that their failure to properly maintain the sign caused or contributed to cause the Collision. An Amended Complaint was attached to the Motion for Leave for filing in the event said Motion were to be granted.

5. The Defendant WMATA, by and through its counsel, has indicated that it consents to the relief requested herein.

6. Third-Party Defendant the District, by and through its counsel, filed its Opposition to the Motion for Leave to Amend on October 18, 2007, alleging that the Motion is futile because Plaintiff has failed to notify the District of the potential claim in accordance with § 12-309 of the District of Columbia Code ("§12-309").

7. Section 12-309 is as follows:

"An action may not be maintained against the District of Columbia for unliquidated damages to person or property unless, within six months after the injury or damage was sustained, the claimant, his agent, or attorney has given notice in writing to the Mayor of the District of Columbia of the approximate time, place, cause, and circumstances of the injury or damage. **A report in writing by the Metropolitan Police Department, in regular course of duty, is a sufficient notice under this section.**"

§12-309 (2001 Ed.), D.C. Code (emphasis added).

8. Section 12-309 indicates on its face that a report of the subject accident made by the Metropolitan Police Department, whose employees are employees and agents of the District, constitutes sufficient notice.

9. Requirement of District of Columbia statute of written notice of claim for injury, providing that police report is sufficient, is was satisfied where a Metropolitan

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

Police Department detective immediately and thoroughly investigates an accident and promptly makes a detailed official report. *Thomas v. Potomac Elec. Power Co.*, 266 F.Supp. 687, 693-94 (D.D.C. 1967).

10. The Metropolitan Police Department wrote a report of the Collision referenced in Plaintiff's Complaint and proposed Amended Complaint. The report was written the day of the Collision, and was supplemented in writing the following day. A copy of the Metropolitan Police Department Report, and the Supplement, are attached hereto as Exhibit One.

11. The Defendant WMATA also gave notice to the Defendant the District of the subject claim, listing the time, place, cause and circumstances of the District's potential liability in the matter. A copy of the District's notice letter, dated April 13, 2007, is attached hereto as Exhibit Two.

12. The District had sufficient notice of the claims of the parties under §12-309, and as such the Plaintiff's Motion for Leave to Amend is not futile.

13. The District cannot (and has not) claimed any prejudice from the Plaintiff's failure to directly notify it of the claim, given the Metropolitan Police Report and WMATA's notice, each of which was timely and in accordance with §12-309.

WHEREFORE, the Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, and Legal Representative of the Estate, respectfully requests that this Honorable Court grant him the following relief:

   a. That the Motion for Leave to Amend Complaint be Granted;

   b. That the Amended Complaint attached hereto be accepted for filing and deemed filed in accordance with Local Civil Rule 7(i); and

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

  c. Such further relief as this Court deems just and proper.

         Respectfully submitted,

         STEIN, SPERLING, BENNETT, DE JONG,
         DRISCOLL & GREENFEIG, P.C.

    By: _____/s/_____
         Jeffrey Fenster  [#09889]
         25 West Middle Lane
         Rockville, Maryland 20850
         (301) 340-2020
         Attorneys for Plaintiff

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\1211.MOTION LEAVE AMEND COMPLAINT.LUS.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020