**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

Donald N. Sperling, Esq., et al.

Plaintiffs,

v.

Washington Metropolitan Area Transit Authority

Defendants.

Case No.: 1:07-cv-00557
Judge Colleen Kollar-Kotelly
Amendments Due: 10/05/2007

**PLAINTIFF'S REPLY TO THIRD-PARTY DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate ("the Estate") of Clara Maribel Oxlaj-Gonzalez ("Plaintiff's Decedent"), and Legal Representative of the Estate, by and through undersigned counsel, and files this reply to the Opposition of the Third-Party Defendant District of Columbia's to Plaintiff's Motion for Leave to Amend the Complaint herein to include the District of Columbia ("the District") as a party defendant, and represents that:

1. Plaintiff filed his Complaint herein on or about March 21, 2007, naming Defendant Washington Metropolitan Area Transit Authority on three counts, including one for wrongful death and one for a survival action, arising out of a pedestrian collision in which Clara Maribel Oxlaj-Gonzalez was killed. The Plaintiff withdrew the third count by Praecipe dated August 8, 2007.

2. The Defendant WMATA has filed a Third-Party Complaint against the District, alleging that the District's failure to properly maintain a sign at the Intersection caused or contributed to cause the Collision.

3. Defendant District moved to dismiss the Complaint against it, but said motion was denied on August 3, 2007.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

4. The Plaintiff filed a Motion for Leave to Amend Complaint, seeking to name the District as a party defendant to the extent that their failure to properly maintain the sign caused or contributed to cause the Collision. An Amended Complaint was attached to the Motion for Leave for filing in the event said Motion were to be granted.

5. The Defendant WMATA, by and through its counsel, has indicated that it consents to the relief requested herein.

6. Third-Party Defendant the District, by and through its counsel, filed its Opposition to the Motion for Leave to Amend on October 18, 2007, alleging that the Motion is futile because Plaintiff has failed to notify the District of the potential claim in accordance with § 12-309 of the District of Columbia Code ("§12-309").

7. Section 12-309 is as follows:

> "An action may not be maintained against the District of Columbia for unliquidated damages to person or property unless, within six months after the injury or damage was sustained, the claimant, his agent, or attorney has given notice in writing to the Mayor of the District of Columbia of the approximate time, place, cause, and circumstances of the injury or damage. **A report in writing by the Metropolitan Police Department, in regular course of duty, is a sufficient notice under this section."**
>
> §12-309 (2001 Ed.), D.C. Code (emphasis added).

8. Section 12-309 indicates on its face that a report of the subject accident made by the Metropolitan Police Department, whose employees are employees and agents of the District, constitutes sufficient notice.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

9. Requirement of District of Columbia statute of written notice of claim for injury, providing that police report is sufficient, is was satisfied where a Metropolitan

Police Department detective immediately and thoroughly investigates an accident and promptly makes a detailed official report. *Thomas v. Potomac Elec. Power Co.*, 266 F.Supp. 687, 693-94 (D.D.C. 1967).

10. The Metropolitan Police Department wrote a report of the Collision referenced in Plaintiff's Complaint and proposed Amended Complaint. The report was written the day of the Collision, and was supplemented in writing the following day. A copy of the Metropolitan Police Department Report, and the Supplement, are attached hereto as Exhibit One.

11. The Defendant WMATA also gave notice to the Defendant the District of the subject claim, listing the time, place, cause and circumstances of the District's potential liability in the matter. A copy of the District's notice letter, dated April 13, 2007, is attached hereto as Exhibit Two.

12. The District had sufficient notice of the claims of the parties under §12-309, and as such the Plaintiff's Motion for Leave to Amend is not futile.

13. The District cannot (and has not) claimed any prejudice from the Plaintiff's failure to directly notify it of the claim, given the Metropolitan Police Report and WMATA's notice, each of which was timely and in accordance with §12-309.

WHEREFORE, the Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, and Legal Representative of the Estate, respectfully requests that this Honorable Court grant him the following relief:

a. That the Motion for Leave to Amend Complaint be Granted;

b. That the Amended Complaint attached hereto be accepted for filing and deemed filed in accordance with Local Civil Rule 7(i); and

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

  c. Such further relief as this Court deems just and proper.

Respectfully submitted,

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By: ___________/s/______________________________

Jeffrey Fenster [#09889]
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
Attorneys for Plaintiff

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\1211.MOTION LEAVE AMEND COMPLAINT.LUS.doc

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2. Article Number

7160 3901 9849 7679 5317

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) Yes

1. Article Addressed to:

Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery
DC Gov't 4-17-2007

C. Signature
X [signature] Agent / Addressee

D. Is delivery address different from item 1? Yes / No
If YES, enter delivery address below:

Oxlaj-Gonzalez Donna Gaffney

PS Form 3811, January 2005 Domestic Return Receipt

5. **Circumstances of the District of Columbia's liability:**
The traffic sign warning pedestrians, that buses were allowed to turn left, while all other vehicles were banned from doing so, had been knocked off approximately two months before this incident. The District of Columbia failed to properly maintain and promptly replace the missing traffic sign, causing or contributing to the pedestrian's injury. WMATA has been sued for wrongful death by the estate of the pedestrian.

A copy of the Metropolitan Police Report of the incident is enclosed.

Sincerely,

Donna L. Gaffney
Assistant General Counsel - WMATA
(202) 962-1466
(202) 962-2550 (fax)
dlgaffney@wmata.com

Enc.

PAGE 1 OF 1 PAGES

COMPLAINT NO. 07-097-577

| POLICE ACTION | 50. DRIV./PED. | ARREST / NOI NUMBER | CHARGE (Report must support the charge) | BAIL/SUPERIOR COURT – HEARING DATE | DPW 401 Issued? | Was Traffic Sign Present? |
|---|---|---|---|---|---|---|
| | NO. ____ | | Pending Investigation | | | |
| | NO. ____ | | | | | |

51. TYPE OF COLLISION
00 [ ] UNKNOWN
01 [ ] RIGHT ANGLE
02 [ ] LEFT TURN HIT VEH.
03 [ ] RIGHT TURN HIT VEH.
04 [ ] REAR END
05 [ ] SIDE SWIPED
06 [ ] HEAD ON
07 [ ] PARKED VEHICLE
08 [ ] FIXED OBJECT
09 [ ] RAN OFF ROADWAY
10 [x] LEFT TURN HIT PED.
11 [ ] RIGHT TURN HIT PED.
12 [ ] STRAIGHT HIT PED.
13 [ ] BACKING HIT MOVING VEH.
14 [ ] BACKING HIT PARKED VEH.
15 [ ] BACKING HIT STOPPED VEH.
16 [ ] BACKING HIT PEDESTRIAN
17 [ ] NON-COLLISION ACCIDENT
99 [ ] OTHER

52. ROAD SURFACE
01 [ ] CONCRETE
02 [x] ASPHALT
03 [ ] BRICK
04 [ ] GRAVEL
05 [ ] DIRT
99 [ ] OTHER

53. ROAD TYPE
01 [x] STRAIGHT
02 [ ] CURVE
03 [ ] LEVEL
04 [ ] GRADE
05 [ ] CREST
06 [ ] UNDERPASS
07 [ ] RAMP
08 [ ] BRIDGE
99 [ ] OTHER

54. PEDESTRIAN ACTION
00 [x] UNKNOWN
01 [ ] WITH SIGNAL IN CROSSWALK
02 [ ] AGAINST SIGNAL IN CROSSWALK
03 [ ] IN CROSSWALK – NO SIGNAL
04 [ ] FROM BETWEEN PARKED CARS
05 [ ] NOT IN CROSSWALK
06 [ ] IN UNMARKED CROSSWALK
99 [ ] OTHER
[ ] N/A

55. TRAFFIC CONTROLS
00 [ ] UNKNOWN
01 [ ] FLASHING
02 [ ] YIELD
03 [ ] STOP SIGN
04 [x] SIGNAL
05 [ ] NONE
06 [ ] [illegible]
[illegible] RESTRICTED
99 [ ] OTHER

56. ROAD CONDITION
00 [ ] UNKNOWN
01 [ ] [illegible]
02 [ ] [illegible]
03 [ ] WET
04 [ ] ICE/SNOW

57. STREET LIGHTING
00 [ ] UNKNOWN
01 [ ] DEFECTIVE
02 [ ] NONE
03 [x] STREET LIGHTS ON
04 [ ] STREET LIGHTS OFF

58. LIGHT CONDITION
00 [ ] UNKNOWN
01 [ ] DAWN/DUSK
02 [x] DARK
03 [ ] DAYLIGHT

59. TRAFFIC CONTROL
00 [ ] UNKNOWN
01 [ ] HEAVY
02 [ ] MEDIUM
03 [x] LIGHT
99 [ ] OTHER

60. WEATHER
00 [ ] UNKNOWN
01 [ ] [illegible]
02 [x] CLEAR
03 [ ] RAIN
04 [ ] SNOW
05 [ ] SLEET

61. PEDESTRIAN CLOTHING
00 [ ] UNKNOWN
[ ] NA
01 [x] WEARING DARK CLOTHING
02 [ ] WEARING LIGHT CLOTHING

62. DRIVER/PEDESTRIAN CONDITION (1 2 3 4)
00 UNKNOWN
01 FATIGUED
02 ILL
03 PHYSICAL DEFECT
04 APPARENTLY ASLEEP
05 APPARENTLY NORMAL [x]
99 OTHER

63. CONTRIBUTING CIRCUMSTANCES – DARKEN THE PRIMARY FACTOR FOR ALL VEHICLES AND "X" ALL SECONDARY FACTORS (1 2 3 4)
01 SPEED
02 DEFECTIVE BRAKES
03 FOLLOWING TOO CLOSE
04 AUTO RIGHT-OF-WAY
05 PED. RIGHT-OF-WAY [x]
06 IMPROPER TURN
07 YIELD SIGN
08 STOPPING LIGHT
09 FLASHING LIGHT
10 DIRECTIONAL LIGHT
11 STOP SIGN
12 ALCOHOL INFLUENCE
13 IMPROPER PASSING
14 WRONG WAY-ONE WAY ST.
15 WRONG SIDE OF STREET
16 IMPROPER STARTING
17 OTHER DEFECTS
18 PEDESTRIAN VIOLATION
19 NO VIOLATION [x]
20 DRIVER INATTENTION
21 CHANGING LANES W/O CAUT.
22 FAIL TO SET PARKING BRAKE
23 OPEN DOOR TO TRAFFIC
24 DRUG INFLUENCE
25 IMPROPER BACKING
26 DEFECTIVE LIGHTS
27 PEDESTRIAN DRUNK
28 ROAD DEFECTS
29 DRIVER VISION OBSTRUCTED
30 RIGHT TURN ON RED
99 OTHER [x]

64. VEHICLE TYPE (1 2 3 4)
00 UNKNOWN
01 PASSENGER AUTO
02 TAXI CAB
03 BUS [x]
04 MOTORCYCLE
05 TRUCK/TRACTOR
____ ____ ____ ____ NO. OF TRAILERS
____ ____ ____ ____ NO. OF WHEELS
06 BICYCLE
07 POLICE PATROL WAGON
08 POLICE MOTORCYCLE
09 POLICE SCOOTER
10 POLICE SCOUT CAR-ONE MAN
11 POLICE SCOUT CAR-TWO MAN
12 POLICE CRUISER MARKED
13 POLICE CRUISER UNMARKED
14 POLICE – OTHER
15 FIRE ENGINE
16 AMBULANCE
17 PEDESTRIAN – ON FOOT [x]
18 FIXED OBJECT
19 NON-COLLISION
20 MOPED
21 OTHER (EXPLAIN IN NARRATIVE. INCLUDES SKATEBOARDS, TRICYCLES, PLAY VEHICLES, ETC.)

65. SOBRIETY (1 2 3 4)
01 HAD NOT BEEN DRINKING [x]
HAD BEEN DRINKING AND
02 OBVIOUSLY DRUNK
03 ABILITY IMPAIRED
04 NOT IMPAIRED
05 IMPAIRMENT UNKNOWN [x]
99 OTHER

66. BLOOD ALCOHOL CONTENT
DR./PED. 1 [illegible] DR./PED. 3 ____
DR./PED. 2 [illegible] DR./PED. 4 ____

67. DRIVER ACTIONS (1 2 3 4)
00 UNKNOWN
01 BACKING
02 TURNING RIGHT
03 TURNING LEFT [x]
04 STOPPED/STANDING TRAFFIC LANE
05 PARKED
06 ENTERING/LEAVING PARKED POSITION
07 MAKING "U" TURN
08 MERGING
09 RAN OFF ROAD
10 CHANGING LANES
11 GOING STRAIGHT
12 OVERTAKING
13 SLOWING/STOPPING
14 AVOIDING
99 OTHER

68. NARRATIVE: Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use continuation sheet of report for additional space. If statements are taken, use PD 118 (Def/Suspect Statement). If accident occurred in a construction zone, describe type of construction.

The preliminary investigation reveals that the Pedestrian was walking Northbound on the West sidewalk when she then attempted to cross Park Road Northwest. It is unknown at the time of this writing if the Pedestrian was indeed within the marked crosswalk area. V1 was traveling Northbound on 16th Street and while on a green traffic signal, negotiated a left turn at the intersection of 16th and Park Rd and collided with the Pedestrian.

The Pedestrian was knocked to the ground from the initial impact. V1's right side tires and vehicle undercarriage passed over the Pedestrian's body before it came to a stop. The Pedestrain's injuries sustained proved fatal.

This case is under investigation by Detective Wayne Washington of the Major Crash Investigations Unit

63, box 99. V1 made a left turn in violation of a posted No Left Turn sign.

| 69. SIGNATURE OF REPORTING OFFICER | BADGE NO. | UNIT | 70. SIGNATURE OF REVIEWING OFFICIAL | BADGE NO. | UNIT | 71. REVIEWER | 72. DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| [signature] | D2-57 | SOD MCIU | [signature] | S528 | SOD/MCIU | [initials] | MJ-4 |

PD 10 Rev. 7/06

FILL COPY

**TRAFFIC ACCIDENT REPORT**

Metropolitan Police Department, Washington D.C.

| 1. DATE OF ACCIDENT | 2. TIME (USE MILITARY) | 3. DAY OF WEEK | 4. DATE OF THIS REPORT | 5. TYPE OF ACCIDENT (CHECK ALL THAT APPLY, EXCEPT FOR PROPERTY DAMAGE) | 6. COMPLAINT NUMBER |
|---|---|---|---|---|---|
| 01/16/2007 | 2230 hrs | Tuesday | 01/17/2007 | X Fatality ☐ Injury ☐ Prop. Damage Only ☐ Hit and Run ☐ Pedestrian ☐ D.C. Property ☐ Non-Collision | 07-007-577 |

7. ACCIDENT OCCURRED ON (STREET, DIRECTION, DISTANCE, FROM MILE POST, RAMP): 16th Street & Park Rd N.W.

8. DISTRICT: 3D | 9. R.A | 10. NO. VEHICLES INVOL.: 1 | 11. NO. INJURED PERSONS: 1 | 12. NO. OF OCCUPANTS (EXCLUDING DRIVER): Veh. 1 __ 2 __ 3 __ 4 __

13. ENTER THE NO. OF FEET, IN WHATEVER DIRECTION, FROM THE NEAREST INTER. OR BLOCK. ON FREEWAYS ENTER THE NO. OF FEET FROM THE NEAREST MILE-POST OR REF. POLE NO. INDICATE IF ACCIDENT OCCURRED ON EXIT RAMP, ACCESS RAMP OR BRIDGE. CIRCLE THE CITY QUADRANT.
0 FEET ☐ N ☐ S ☐ E ☒ W at intersection ☒ NW ☐ NE ☐ SW ☐ SE

14. IS THIS A CONSTRUCTION ZONE ☐ YES ☒ NO | 15. ON STREET ☒ AT INTERSECTION ☐ WITHIN 100' OF INTER. ☐ NOT AT INTERSECTION | 16. OFF STREET ☐ PUBLIC SPACE ☐ PRIVATE SPACE n/a | 17. REPORT TAKEN ON SCENE? ☒ YES ☐ NO | 18. PHOTOS TAKEN? ☒ YES ☐ NO IF YES, NUMBER: Mobile Crime

**VEHICLE 1 (STRIKING UNIT)**

1. ☒ Driver ☐ Pedestrian ☐ Fixed Object
19. NAME OF DRIVER/PEDESTRIAN (LAST, FIRST, MIDDLE) / 19A. TYPE OF PROP. (FIXED OBJECT) AND DESCRIBE DAMAGE IN NARRATIVE
20. SEX ☒ MALE ☐ FEMALE | 21. BIRTHDATE: 10/30/75
22. ADDRESS (STREET, ROOM, APT. NO., CITY AND STATE IF OUTSIDE D.C.): 5505 Bend Street, Capitol Heights, Maryland 20743
23. HOME PHONE | 24. PERMIT NUMBER AND STATE: I52003000983S/MD | 25. BUS. PHONE

| 26. MODEL | 27. MAKE | 28. YEAR | 29. BODY | 30. COLOR | 31. TAG NO. STATE/YEAR | 32. VEH. ID. NO. (VIN) |
|---|---|---|---|---|---|---|
| Bus | Orco | 1999 | Bus | White | B40896-DC | 1VH549P75V6033 547 |

OWNER: 33. NAME OF OWNER (VEH/PROP.) (LAST, FIRST, MIDDLE) IF DRIVER ENTER "DRIVER": WMATA | 34. PHONE NO.
35. ADDRESS (STREET, ROOM, APT. NO., CITY AND STATE IF OUTSIDE D.C.): 600 5TH Street N.W. 20001 | 36. OWNER NOTIFIED? ☒ YES ☐ NO

**VEHICLE 2**

1. ☐ Driver ☒ Pedestrian ☐ Fixed Object
19. NAME OF DRIVER/PEDESTRIAN (LAST, FIRST, MIDDLE): Doe, Jane
20. SEX ☐ MALE ☒ FEMALE | 21. BIRTHDATE: Unk
22. ADDRESS | 23. HOME PHONE | 24. PERMIT NUMBER AND STATE: / | 25. BUS. PHONE

| 26. MODEL | 27. MAKE | 28. YEAR | 29. BODY | 30. COLOR | 31. TAG NO. STATE/YEAR | 32. VEH. ID. NO. (VIN) |
|---|---|---|---|---|---|---|
| | | | | | / / | |

OWNER: 33. NAME OF OWNER | 34. PHONE NO. | 35. ADDRESS | 36. OWNER NOTIFIED? ☐ YES ☐ NO

**VEHICLE 3**

1. ☐ Driver ☐ Pedestrian ☐ Fixed Object — 19. NAME OF DRIVER/PEDESTRIAN | 20. SEX ☐ MALE ☐ FEMALE | 21. BIRTHDATE
22. ADDRESS | 23. HOME PHONE | 24. PERMIT NUMBER AND STATE: / | 25. BUS. PHONE
26. MODEL | 27. MAKE | 28. YEAR | 29. BODY | 30. COLOR | 31. TAG NO. STATE/YEAR: / / | 32. VEH. ID. NO. (VIN)
OWNER: 33. NAME OF OWNER | 34. PHONE NO. | 35. ADDRESS | 36. OWNER NOTIFIED? ☐ YES ☐ NO

**VEHICLE 4**

1. ☐ Driver ☐ Pedestrian ☐ Fixed Object — 19. NAME OF DRIVER/PEDESTRIAN | 20. SEX ☐ MALE ☐ FEMALE | 21. BIRTHDATE
22. ADDRESS | 23. HOME PHONE | 24. PERMIT NUMBER AND STATE: / | 25. BUS. PHONE
26. MODEL | 27. MAKE | 28. YEAR | 29. BODY | 30. COLOR | 31. TAG NO. STATE/YEAR: / / | 32. VEH. ID. NO. (VIN)
OWNER: 33. NAME OF OWNER | 34. PHONE NO. | 35. ADDRESS | 36. OWNER NOTIFIED? ☐ YES ☐ NO

**Non-Involved Witness**

37. NAME | ADDRESS | PHONE NUMBER

**CODES**

38. SEAT LOCATION CODE: 01 02 03 / 04 05 06 — 07 STATION WAGON REAR; 08 MOTORCYCLE/MOPED PASS.; 09 OTHER; 10 PEDESTRIAN; 11 BICYCLE RIDER; 12 OTHER: SKATEBOARD, TRICYCLE, ETC.

39. INJURY TYPE: 00 NO INJURY; 01 FATAL; 02 DISABLING; 03 NON-DISABLING; 04 NONE; 05 COMPLAINT OF PAIN BUT NO VISIBLE INJURY

40. SAFETY EQUIPMENT: 00 NOT KNOWN; 01 NOT INSTALLED; 02 NOT FASTENED; 03 FASTENED; 04 AIR BAG INSTALL; 05 HELMET; 06 AIR BAG DEPLOYED; 07 CHILD RESTRAINT

41. EJECTION CODE: 00 UNKNOWN; 01 NO; 02 PARTIAL; 03 TOTAL

**PERSONS INVOLVED**

42. NAME/ADDRESS/PHONE NO. (LIST ALL OPERATORS, PASSENGERS AND PEDESTRIANS INVOLVED EVEN IF NOT INJURED)

| Name | AGE | SEX | Role | CODE 38 | CODE 39 | SAFETY 40 | EJECT 41 | TYPE | EXPLAINED RIGHTS | TRANSPORTED TO HOSPITAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver #1 | 30 | Male | 1 | 01 | 04 | 00 | 01 | 01 | ☐ YES ☒ NO | ☐ YES ☒ NO |
| Doe, Jane | | Female | Ped | 10 | 01 | | | | ☐ YES ☐ NO | ☐ YES ☒ NO |
| | | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

INJURED TO HOSPITAL

| NAME OF INJURED PERSON | WHERE TAKEN (HOSPITAL) BY WHOM | STATUS | TEN NOTIFIED (NAME) | TEAM NOTIFIED (NAME) | RELATIVE NOTIFIED (NAME) |
|---|---|---|---|---|---|
| Doe, Jane | DC Medical Examiner | ADMITTED / RELEASED | Sgt. Taylor | Ms Murphy | |

VEHICLE NO.
44. DIRECTION OF TRAVEL AND STREET
to Park Road N.W.
46. VEHICLE WAS: LEFT ON SCENE / TOWED BY / DRIVEN AWAY BY
NAME: WMATA
LOCATION TOWED TO: N/A
45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
48. SKID MARKS TO IMPACT: 0 AFTER IMPACT: 0

VEHICLE NO. 2
44. DIRECTION OF TRAVEL AND STREET
46. VEHICLE WAS: LEFT ON SCENE / TOWED BY / DRIVEN AWAY BY
NAME:
LOCATION TOWED TO
45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
48. SKID MARKS TO IMPACT: AFTER IMPACT:

VEHICLE NO. 3
44. DIRECTION OF TRAVEL AND STREET
46. VEHICLE WAS: LEFT ON SCENE / TOWED BY / DRIVEN AWAY BY
NAME:
LOCATION TOWED TO
45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
48. SKID MARKS TO IMPACT: AFTER IMPACT:

VEHICLE NO. 4
44. DIRECTION OF TRAVEL AND STREET
46. VEHICLE WAS: LEFT ON SCENE / TOWED BY / DRIVEN AWAY BY
NAME:
LOCATION TOWED TO
45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
48. SKID MARKS TO IMPACT: AFTER IMPACT:

49. DIAGRAM
THE NARRATIVE OF THE REPORT IS BEING TAKEN BY AN OFFICER AFTER THE FACT, THE DIAGRAM SHALL BE COMPLETED TO SHOW THE GENERAL AREA IN WHICH THE ACCIDENT OCCURRED. FREEWAY ACCESS RAMPS, EXIT RAMPS, AND BRIDGES SHALL BE INDICATED.

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgment after considering all of the facts disclosed through his/her investigation of this accident.

COMPLAINT NO.: 07-097-577

Jan 29 2007 2:11PM STEIN SPERLING LP-1 3014454166 p.8