## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

DONALD SPERLING,

     Plaintiff,

     v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Defendant.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Third-Party Plaintiff,

     v.

THE DISTRICT OF COLUMBIA,

     Third-Party Defendant.

C.A. No.: 07-0557
Judge Colleen Kollar-Kotelly

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT
## MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM

Defendant District of Columbia ("District"), by and through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Honorable Court to for leave to file, on or before November 9, 2007, a Sur-Reply memorandum in response to the Plaintiff's Reply to the District's Opposition to his Motion for Leave to Amend the Complaint, and states as follows:

     1.     On October 2, 2007, plaintiff Donald N. Sperling, Esq., Personal and Legal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez (hereafter referred to as "plaintiff"), filed a Motion for Leave to Amend his Complaint to name the District of Columbia as a party defendant in this action on a negligence theory. On October 18, 2007, the District filed

its opposition to plaintiff's Motion for Leave to Amend Complaint. Plaintiff filed his Reply on or about October 26, 2007. Due to holiday mail delays, the District did not receive its copy of the opposition until July 5, 2006.

2.      The District believes that plaintiff's Opposition contains several misstatements of the law to which the District must respond. The District requests the opportunity to file a sur-reply to plaintiff's reply to the District's opposition to the plaintiff's Motion for Leave to Amend the Complaint, on or before November 9, 2007.  Plaintiff's counsel consents to this request and no undue prejudice will inure to either party.

3.      Defendant has attached hereto a memorandum of points and authorities in support of its Consent Motion for Leave to File a Sur-Reply Memorandum.

WHEREFORE, the defendant respectfully requests that this Court grant it the opportunity to file a Sur-reply to plaintiff's Reply to its opposition to plaintiff's motion for leave to amend his complaint.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on or about October 30, 2007, the undersigned communicated with Jeffrey Fenster, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted. Co-defendant's counsel Ric Schuster, Esq. also consented to the relief herein sought.


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES
Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

DONALD SPERLING,

     Plaintiff,

     v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Defendant.

C.A. No.: 07-0557
Judge Colleen Kollar-Kotelly

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Third-Party Plaintiff,

     v.

THE DISTRICT OF COLUMBIA,

     Third-Party Defendant.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT**
**DISTRICT OF COLUMBIA'S CONSENT**
**MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM**

     In support of its Consent Motion for Leave to File a Sur-Reply Memorandum, defendant

District of Columbia herein submits and relies upon the following authorities:

     1.     Fed. R. Civ. P. 6(b);

     2.     Fed. R. Civ. P. 16;

     3.     The entire record herein;

     4.     Judicial economy;

     5.     The lack of undue prejudice to the parties;

6.      The parties consent; and

7.      The Court's equitable powers.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

DONALD SPERLING,

     Plaintiff,

     v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Defendant.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

     Third-Party Plaintiff,

     v.

THE DISTRICT OF COLUMBIA,

     Third-Party Defendant.

C.A. No.: 07-0557
Judge Colleen Kollar-Kotelly

<u>ORDER</u>

     Upon consideration of the defendant District of Columbia's Consent Motion for Leave to

File a Sur-Reply Memorandum, it is by the Court this _____ day of _____, 2007,

     ORDERED: that the defendant District of Columbia's Motion for Leave to File a Sur-Reply

Memorandum to Plaintiff's Reply is granted, and that it is

     FURTHER ORDERED: that defendant District of Columbia sur-reply to plaintiff's reply

to the District's opposition to the Plaintiff's Motion for Leave to Amend the Complaint shall be

filed on or before November 9, 2007.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia