**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD N. SPERLING, ESQ. Personal Representative of the Estate of CLARA MARIBEL OXLAJ-GONZALEZ, Deceased * * * | |
| Plaintiff                                           * | |
| v.                                                  * | Civil No. 1:07 cv-00557 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY              * * | Judge Colleen Kollar-Kotelly |
| Defendant. | |

******************************************

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY            * * | |
| Third-Party Plaintiff,                              * | |
| v.                                                  * | |
| THE DISTRICT OF COLUMBIA                            * | |
| Third-Party Defendant | |

******************************************

## NOTICE REGARDING DISCOVERY

Undersigned counsel hereby certifies that on the 30th day of October, 2007, a copy of Plaintiff's Interrogatories and Request for Production of Documents to Defendant was served first class mail, postage paid to:

> **Fredric H. Schuster, Esq.**
> **Associate General Counsel - WMATA**
> **600 Fifth Street, N.W.**
> **Washington, DC   20001**

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

>Leticia L. Valdes, Esq.
>**Assistant Attorney General**
>**Civil Litigation, Section 4**
>**441 4th Street, NW**
>**6th Floor South, Room 600S**
>**Washington, DC  20001**

Undersigned counsel will retain the original documents, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

>Respectfully submitted,
>
>STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.
>
>                /s/
>By: _____
>Jeffrey Fenster #09889
>25 West Middle Lane
>Rockville, Maryland 20850
>(301) 340-2020
>
>*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2007, a copy of the foregoing Notice Regarding Discovery was sent first class mail, delivery, to the following persons:

>**Fredric H. Schuster, Esq.**
>**600 Fifth Street, N.W.**
>**Washington, DC      20001**
>
>**Leticia L. Valdes, Esq.**
>**Assistant Attorney General**
>**Civil Litigation, Section 4**
>**441 4th Street, NW**
>**6th Floor South, Room 600S**
>**Washington, DC  20001**
>
>                /s/
>_____
>Jeffrey Fenster