IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased <br><br> Plaintiff <br><br> v. <br><br> Washington Metropolitan Area Transit Authority <br><br> Defendant | * <br> * <br> * <br> * Case No.: 1:07-cv-00557 <br> * Judge Colleen Kollar-Kotelly <br> * Scheduling Conference: August 6, 2007 <br> * <br> * <br> * <br> * <br> * |

## JOINT PRAECIPE

WILL THE CLERK of the Court please set this matter in for a Status Conference. Thank you.

                                                Respectfully submitted,

                                                STEIN, SPERLING, BENNETT,
                                                DEJONG, DRISCOLL & GREENFEIG, PC

By: _____/s/_____
                                                Jeffrey Fenster [#09889]
                                                25 West Middle Lane
                                                Rockville, Maryland 20850
                                                (301) 340-2020

                                                Attorneys for Plaintiff

| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA |
|---|---|
| _____/s/_____ <br> Fredric H. Schuster [#385326] <br> Associate General Counsel <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001 <br> (202) 962-2560 | _____/s/_____ <br> Letitia L. Valdes [#0461327] <br> Assistant Attorney General <br> 441 Fourth Street, N.W., 6N <br> Washington, D.C. 20001 <br> (202) 442-9845 |