IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased * * * | |
| Plaintiff * | Case No.: 1:07-cv-00557 |
| * | Judge Colleen Kollar-Kotelly |
| * | Status Hearing: May 2, 2008 |
| v. * | |
| * | |
| Washington Metropolitan Area Transit Authority, *et al.* * * | |
| * | |
| Defendants * * | |

Washington Metropolitan Area Transit Authority, \*

\*

Third-Party Plaintiff \*

\*

v. \*

\*

District of Columbia \*

\*

Third-Party Defendant \*

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

Please withdraw the appearance of **Jeffrey Fenster** as the attorney for the Plaintiff, AND enter the appearance of **Stuart S. Greenfeig**, **Ivonne C. Lindley of the law firm Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.**, as the attorneys for the Plaintiffs.

Respectfully submitted,

STEIN, SPELING, BENNETT,  STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &  DE JONG, DRISCOLL &
GREENFEIG, P.C.  GREENFEIG, P.C.

By: _____/s/_____  By: _____/s/_____
Ivonne C. Lindley (D.C. Bar No. 485577)  Stuart S. Greenfeig (D.C. Bar No. 5272)
25 West Middle Lane  25 West Middle Lane
Rockville, MD  20850  Rockville, MD  20850
(301) 340-2020  (301) 340-2020

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020