IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased * * * * * Plaintiff * * v. * * Washington Metropolitan Area Transit Authority, *et al.* * * Defendants * * | Case No.: 1:07-cv-00557 Judge Colleen Kollar-Kotelly Status Hearing: May 2, 2008 |
| Washington Metropolitan Area Transit Authority, * * * Third-Party Plaintiff * * v. * * District of Columbia * * Third-Party Defendant * | |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased, ("Plaintiff"), by and through its attorneys, Stuart S. Greenfeig, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., and Defendant Washington Metropolitan Area Transit Authority ("Defendant WMATA") and Defendant District of Columbia ("Defendant District of Columbia"), hereby respectfully request pursuant to Civ.R. 16 that the Court set a status conference at the Court's earliest convenience and in support thereof state as follows:

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

1. As of Friday, March 14, 2008, prior counsel for the Plaintiff, Jeffrey Fenster, no longer is associated with Plaintiff's law firm, or this matter.

2. Mr. Fenster was the only attorney handling the litigation on behalf of Plaintiff.

3. Undersigned counsel have now taken over this file on behalf of the Plaintiff and have reviewed the status of litigation in this matter.

4. The Court entered a Scheduling Order on August 6, 2007.

5. The Scheduling Order set forth in pertinent part that discovery in this matter was to be completed by March 10, 2008.

6. On November 1, 2007, Plaintiff filed a Motion to Amend Scheduling Order, before the deadlines the Motion sought to extend, which was unopposed.

7. The Motion to Amend Scheduling Order requested, in pertinent part, an extension of the discovery deadline to May 2, 2008 and other deadlines for all parties which now have expired.

8. Prior to that, there had not been any previous extensions of time requested by or granted to any party.

9. The Motion to Amend Scheduling Order still is pending ruling by the Court.

10. Defendant WMATA, by counsel, consents to the relief requested herein.

11. Third Party Defendant District of Columbia, by counsel, likewise consents additional time for discovery and has no objection to scheduling a status conference.

12. The granting of the relief requested would serve the interests of just and efficient adjudication of this matter, and will not prejudice any party or unduly delay the matter.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

For these reasons, the parties respectfully request that this Court enter the attached proposed Order, scheduling a status conference at the Court's earliest convenience in order to enter a revised Scheduling Order in this matter.

                                          STEIN, SPERLING, BENNETT, DE JONG,
                                              DRISCOLL & GREENFEIG, P.C.

By:           /s/          
Stuart S. Greenfeig (D.C. Bar No. 5272)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 354-8117 (facsimile)
Attorneys for Plaintiff

| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA |
|---|---|
| _____/s/_____ <br> Fredric H. Schuster [#385326] <br> Associate General Counsel <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001 <br> (202) 962-2560 | _____/s/_____ <br> Leticia L. Valdes [#0461327] <br> Assistant Attorney General <br> 441 Fourth Street, N.W., 6N <br> Washington, D.C. 20001 <br> (202) 442-9845 |

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\250.Motion for Hearing.pld.doc

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL, & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased | * * * * |
| Plaintiff | * Case No.: 1:07-cv-00557 * Judge Colleen Kollar-Kotelly * Status Conference: May 2, 2008 |
| v. | * * |
| Washington Metropolitan Area Transit Authority, *et al.* | * * * |
| Defendants | * * |
| Washington Metropolitan Area Transit Authority, | * * * |
| Third-Party Plaintiff | * * |
| v. | * * |
| District of Columbia | * * |
| Third-Party Defendant | * |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff Donald N. Sperling, Esq., Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased, ("Plaintiff"), by and through its attorneys, Stuart S. Greenfeig, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., and Defendant Washington Metropolitan Area Transit Authority ("Defendant WMATA") and Defendant District of Columbia ("Defendant District of Columbia"), hereby respectfully request pursuant to Civ.R. 16 that the Court set a status conference at the Court's earliest convenience and in support thereof state as follows:

1. As of Friday, March 14, 2008, prior counsel for the Plaintiff, Jeffrey Fenster, no longer is associated with Plaintiff's law firm, or this matter.

2. Mr. Fenster was the only attorney handling the litigation on behalf of Plaintiff.

3. Undersigned counsel have now taken over this file on behalf of the Plaintiff and have reviewed the status of litigation in this matter.

4. The Court entered a Scheduling Order on August 6, 2007.

5. The Scheduling Order set forth in pertinent part that discovery in this matter was to be completed by March 10, 2008.

6. On November 1, 2007, Plaintiff filed a Motion to Amend Scheduling Order, before the deadlines the Motion sought to extend, which was unopposed.

7. The Motion to Amend Scheduling Order requested, in pertinent part, an extension of the discovery deadline to May 2, 2008 and other deadlines for all parties which now have expired.

8. Prior to that, there had not been any previous extensions of time requested by or granted to any party.

9. The Motion to Amend Scheduling Order still is pending ruling by the Court.

10. The granting of the relief requested would serve the interests of just and efficient adjudication of this matter, and will not prejudice any party or unduly delay the matter.

For these reasons, the parties respectfully request that this Court enter the attached proposed Order, scheduling a status conference at the Court's earliest convenience in order to enter a revised Scheduling Order in this matter.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2

           /s/
**STUART S. GREENFEIG** (Bar No. 5272)
**IVONNE C. LINDLEY** (Bar No. 485577)
STEIN, SPERLING, BENNETT, DE JONG,
    DRISCOLL & GREENFEIG, P.C.
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 354-8117 (facsimile)
Attorneys for Plaintiff


           /s/
**PETER J. NICKLES**
Interim Attorney General for the District of Columbia
**GEORGE C. VALENTINE**
Deputy Attorney General, Civil Litigation Division
**PATRICIA A. JONES** [428132]
Chief, General Litigation, Section IV
**LETICIA L. VALDES** [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845
(202) 727-6295



           /s/
**FREDRIC H. SCHUSTER** [#385326]
Associate General Counsel
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL,
& GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\250.Motion for Hearing.pld.doc