UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD N. SPERLING, ESQ.,<br>Personal Representative of the Estate of<br>Clara Maribel Oxlaj-Gonzales,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY,<br><br>　　　Defendant.<br>_____<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY,<br><br>　　　Third-Party Plaintiff,<br><br>　　　v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>　　　Third-Party Defendant. | Civil Action No. 07–557 (CKK) |

**ORDER**
(April 7, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 7th day of April, 2008, hereby

**ORDERED** that Plaintiff's [26] Motion for Leave to Amend his Complaint is granted.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge