REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | 28:1331 Federal Question: Personal Injury | | | |
|---|---|---|---|---|
| CASE NO:<br>07cv557<br>cv | DATE REFERRED:<br>April 15, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF (S):<br>DONALD N. SPERLING | | | DEFENDANT(S):<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | |

ENTRIES:

MEDIATION TO COMMENCE OCTOBER 17, 2008 AND CONCLUDE NOVEMBER 28, 2008