# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD SPERLING,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>    Defendant. | C.A. No.: 07-0557<br>Judge Colleen Kollar-Kotelly |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Third-Party Defendant. | |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant District of Columbia ("the District"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court for an enlargement of time to file a response to plaintiff's Amended Complaint, up to an including May 19, 2008, and as grounds state as follows:

    1.    Plaintiff filed his Motion to Amend his Complaint in this matter on October 2, 2007. *See* First Amended Complaint, at docket entry #26. On or about October 18, 2007, the District of Columbia opposed Plaintiff's Motion. See Memorandum in Opposition, at docket

entry #27. On April 7, 2008, this Court issued its Order granting plaintiff's Motion to Amend his Complaint.

2. This defendant's response to plaintiff's First Amended Complaint is due on or about April 24, 2008. Undersigned counsel requires additional time to review the allegations set forth in plaintiff's First Amended Complaint and to prepare the defendant's response. Undersigned counsel began trial on April 23, 2008, in the matter of *Mazloum v. The District of Columbia Metropolitan Police Department*, *et al*., Civil Action No.: 06-0002, in this United States District Court for the District of Columbia, the Honorable Judge John D. Bates presiding.

3. Fed. R. Civ. P. 6(b)(1) provides that the court may at any time in its discretion "with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed…." This motion is being filed prior to the expiration of the prescribed period and is for good cause shown.

4. Plaintiff's counsel consents to the requested relief. This defendant believes that it has satisfied the requirements of Rule 6(b)(1), and no party will be unduly prejudiced by the grant of the requested relief.

5. This defendant moves to extend the time to file a responsive pleading to plaintiff's First Amended Complaint until May 19, 2008.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's First Amended Complaint.

                                                    Respectfully submitted,

                                                    PETER J. NICKLES
                                                    Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

         /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

         /s/ Leticia L. Valdes
        LETICIA L. VALDES [0461327]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 727-6295

## **CERTIFICATE PURSUANT TO RULE 7(m)**

  I hereby certify that on April 21, 2008, verbally, and on April 24, 2008 via e-mail, the undersigned communicated with John F. Karl Jr., Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.

         /s/ Leticia L. Valdes
        LETICIA L. VALDES

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD SPERLING,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>    Defendant. | C.A. No.: 07-0557<br>Judge Colleen Kollar-Kotelly |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Third-Party Defendant. | |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

In support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's First Amended Complaint, defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties;

5. Plaintiff's consent; and

6. The Court's equitable powers.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        /s/ Leticia L. Valdes
        LETICIA L. VALDES [0461327]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 727-6295

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD SPERLING,<br><br>      Plaintiff,<br><br>   v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Defendant. | C.A. No.: 07-0557<br>Judge Colleen Kollar-Kotelly |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Third-Party Plaintiff,<br><br>   v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>      Third-Party Defendant. | |

### **ORDER**

Upon consideration of defendant District of Columbia's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2008,

ORDERED:    that the defendant's Motion for Enlargement of Time to File a Response to Plaintiff's First Amended Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant District of Columbia's response to plaintiff's First Amended Complaint shall be filed on or before May 19, 2008.

_____
Judge Colleen Kollar-Kotelly