## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD SPERLING, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-557 |
| | ) |
| v. | ) Judge Kollar- Kotelly |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, AND | ) |
| THE DISTRICT OF COLUMBIA. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DISTRICT OF COLUMIBA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

The Defendant District of Columbia ("the District"), by and through counsel, answers Plaintiff's Amended Complaint in like numbered paragraphs.

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

### PARTIES

1.  The District lacks sufficient information to either admit or deny the allegations in ¶ 1 of the Amended Complaint.

2. The District lacks sufficient information to either admit or deny the allegations in ¶ 2 of the Amended Complaint.

3. The District admits that WMATA was created by an interstate complaint between and among the District of Columbia, State of Maryland, and the Commonwealth of Virginia, provides transportation in the District, and has an office in the District.

4. The District admits the allegations in ¶ 4 of the Amended Complaint.

## JURISDICTION AND VENUE

5. The allegations in ¶ 5 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

6. The allegations in ¶ 6 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

7. The allegations in ¶ 7 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

8. The allegations in ¶ 8 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

9. The allegations in ¶ 9 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

## STATEMENT OF FACTS

The District adopts and incorporates its responses to ¶¶ 1-9 as if fully set forth herein.

10. The allegations in ¶ 10 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

11. The District lacks sufficient information to either admit or deny the allegations in ¶ 11 of the Amended Complaint.

12. The allegations in ¶ 12 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

13. The allegations in ¶ 13 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

14. The District lacks sufficient information to either admit or deny the allegations in ¶ 14 of the Amended Complaint.

15. The allegations in ¶ 15 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

16. The allegations in ¶ 16 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

17. The allegations in ¶ 17 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

18. The District lacks sufficient information to either admit or deny the allegations in ¶ 18 of the Amended Complaint.

## COUNT I
**(Wrongful Death – Respondeat Superior – Defendant WMATA)**

The District adopts and incorporates its responses to ¶¶ 1-18 as if fully set forth herein.

The allegations in Count I, ¶¶ 19-25 are directed towards Defendant WMATA and contain legal conclusions. Therefore, no response is required by this defendant.

## COUNT II
### (Survival Action - Respondeat Superior – Defendant WMATA)

The District adopts and incorporates its responses to ¶¶ 1-25 as if fully set forth herein.

The allegations in Count II, ¶¶ 26-32 are directed towards Defendant WMATA and contain legal conclusions. Therefore, no response is required by this defendant.

## COUNT III
### (Wrongful Death - Respondeat Superior – Defendant District)

The District adopts and incorporates its responses to ¶¶ 1-32 as if fully set forth herein.

33. The allegations in ¶ 33 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

34. The allegations in ¶ 34 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

35. The allegations in ¶ 35 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

36. The District denies the allegations in ¶ 36 of the Amended Complaint.

37. The District denies the allegations in ¶ 37 of the Amended Complaint.

38. The District denies the allegations in ¶ 38 of the Amended Complaint.

## COUNT IV
### (Survival Action - Respondeat Superior – Defendant District)

The District adopts and incorporates its responses to ¶¶ 1-38 as if fully set forth herein.

39. The allegations in ¶ 39 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

40. The allegations in ¶ 40 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

41. The District denies the allegations in ¶ 41 of the Amended Complaint.

42. The allegations in ¶ 42 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

43. The District denies the allegations in ¶ 43 of the Amended Complaint.

44. The District denies the allegations in ¶ 44 of the Amended Complaint.

Further answering, the District denies all wrongdoing, including negligence, not otherwise denied or answered.

## SECOND DEFENSE

The District denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, and negligence.

## THIRD DEFENSE

The statute of limitations and/or laches may bar Plaintiff's claims against this Defendant.

## FOURTH DEFENSE

The public duty doctrine may bar Plaintiff's claims against this Defendant.

## FIFTH DEFENSE

Plaintiff's claims may be barred by D.C. Official Code § 12-309.

**SIXTH DEFENSE**

If Plaintiff was injured or damaged as alleged, such injuries were the result of the decedent's own intentional, illegal or otherwise wrongful conduct.

**SEVENTH DEFENSE**

If Plaintiff was injured and damaged as alleged in the complaint, such injuries and damages were the result of the sole or contributory negligence of the decedent and/or her assumption of the risk.

**EIGHTH DEFENSE**

If Plaintiff was injured and damaged as alleged in the complaint, such injuries and damages were the result of a person or persons other than this Defendant, its employees, agents and servants acting within the scope of their employment.

**NINTH DEFENSE**

If Plaintiff was injured or otherwise damaged as alleged in the complaint, such injuries and/or damages were the result of the decedent's joint, or concurring negligence with a person or persons other than this Defendant, its agents, employees or servants acting within the scope of employment.

**TENTH DEFENSE**

Plaintiff may have failed to mitigate damages.

**ELEVENTH DEFENSE**

The District's actions were not the proximate cause of Clara Maribel Oxlaj-Gonzalez's death and/or any injuries sustained by her estate.

## SET-OFF

Defendant District of Columbia asserts a set-off against any judgment rendered against it for all funds and services provided to or on behalf of plaintiff and/or the decedent, including medical care.

## JURY DEMAND

The District hereby demands a trial by jury on all issues so triable.

**WHEREFORE**, the District of Columbia demands that the Amended Complaint be dismissed and it be awarded the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

*/s/Patricia A. Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

*/s/ Leticia L. Valdes*
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Leticia.valdes@dc.gov