UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD N. SPERLING, Esq., as Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzalez, Deceased<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY WMATA, *et al.*<br><br>Defendants. | Civil No. 07-CV-557<br>J. Kollar-Kotelly |

## DEFENDANT WMATA'S ANSWER TO DEFENDANT THE DISTRICT OF COLUMBIA'S CROSS-CLAIM

Comes now Defendant WMATA and in answer to Defendant District of Columbia's Cross-Claim states as follows:

1-5.  Defendant WMATA admits the allegations of paragraphs 1 through 5 of the cross-claim, except denies Plaintiff alleges Mr. Inge was in violation of a traffic control device.

6-9.  Defendant denies the allegations of paragraphs 6 through 10 of the cross-claim.

Respectfully submitted,
_____/s/_____
Fredric H. Schuster #385326
Associate General Counsel
(202) 962-2560

/s/
David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820
600 Fifth Street, N.W.
Washington, D.C  20001
Attorneys for Defendant WMATA

### Certificate of Service

I hereby certify that a copy of the foregoing Answer was electronically served on all counsel of record this 21st day of May, 2008.

/s/
Fredric H. Schuster