IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD N. SPERLING**, Esq., as Personal Representative of the Estate of Clara Maribel Oxlaj-Gonzales | * * * |
| Plaintiff, | * Case No.: 1:07-cv-00557 * Judge Colleen Kollar-Kotelly * Status Hearing: December 5, 2008 |
| v. | * * |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**, *et al.* | * * * |
| Defendants. | * * |

**PLAINTIFF'S AMENDED
RULE 26(a)(2) DISCLOSURE**

Plaintiff Donald N. Sperling, Esquire, by and through undersigned counsel, hereby designate the persons listed below as expert witnesses in the captioned case. Each expert named will rely upon his respective education, background, training and experience, his own investigation, examinations, calculations and assessments, his examinations of documents, the Metropolitan Police Department Accident Report, the District of Columbia Autopsy and Toxicology Reports, photographs, depositions taken in this case, interviews of witnesses, independent research, if applicable, as well as any and all information provided by the parties and counsel, and any other pertinent information. Each listed witness will testify in response to any questions posed to him by any party to this matter, which may include but not be limited to any issue raised which arises out of the Amended Complaint or other pleadings, information obtained by either party during discovery, the reports of other expert witnesses, or the proffers contained in this designation. Each capitalized term (e.g., "Collision") has the meaning ascribed to that term in the Amended Complaint.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

    1.    David P. Plant, P.E.
D.P. Plant and Associates
1722 V Street, N.W.
Washington, D.C. 20009-8929
202-232-8929

Mr. Plant is a mechanical engineer and accident reconstructionist. He has investigated the Collision and examined Defendant WMATA's performance (specifically, but not limited to, that of its driver Mr. Inge) with respect to standard of care for commercial and non-commercial drivers. To date, Mr. Plant has reviewed various documents, reports and photographs prepared by the Metropolitan Police Department of Washington D.C.; other reports and photographs related to the Collision; written discovery responses; pleadings; deposition transcripts; and other pertinent materials. Mr. Plant also has inspected the scene of the Collision and Defendant's Vehicle. Mr. Plant's preliminary report dated December 21, 2007 is attached hereto and a supplemental and final report will be available and provided to all parties within a reasonable time after the depositions of all witnesses are taken in this matter.

Based on his education, background, training and experience, investigation, examinations, calculations and assessments, as further detailed herein and in his reports, Mr. Plant will testify to a reasonable degree of scientific certainty that Plaintiff's Decedent would have walked approximately 27 to 30 feet from where she stepped in Park Road from the sidewalk to where she was struck by the right front end of Defendant's Vehicle, and that she would have been on Park Road for approximately 4.2 to 6.7 seconds before she was struck by Defendant's Vehicle. Mr. Plant will testify regarding the minimum distance Plaintiff's Decedent was thrown when struck by Defendant's Vehicle. Mr. Plant will testify that in his opinion, Plaintiff's Decedent would have clearly been visible to Mr. Inge as she was crossing the street for approximately 4.2 to 6.7 seconds before the Collision.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2

Mr. Plant will testify regarding his reconstruction of the Collision as well as comment regarding any reconstruction prepared by others, including the Metropolitan Police Department of the District of Columbia. He will testify as to the results of his reconstruction, offer diagrams and photographs of the scene of the Collision, Mr. Inge's view from inside Defendant's Vehicle, the location of Plaintiff's Decedent at various points of impact, the contact points between Defendant's Vehicle and Plaintiff's Decedent, and the mechanism of injury to Plaintiff's Decedent's as a result of the impact.

A copy of Mr. Plant's *curriculum vitae* is attached. A copy of all cases in which he has testified as an expert witness in the last four (4) years also is attached. Mr. Plant currently is being compensated for the time spent working on this matter at a rate of $180.00 per hour (his rate in 2007 was $175.00). To date, D.P. Plant and Associates has been paid a total of $11,002.50 in this matter.

2. Marie-Lydie Y. Pierre-Louis, M.D.
District of Columbia Medical Examiner's Office
1910 Massachusetts Avenue, S.E., Building 27
Washington, D.C. 20003

Dr. Pierre-Louis, a forensic pathologist, is expected to testify as to the cause of Clara Maribel Oxlaj-Gonzalez's death as well as to the injuries sustained by her during the Collision, consistent with and inclusive of the information and opinions contained in her Autopsy Report, which has been previously provided. Dr. Pierre-Louis also will testify as to her opinions regarding the location and angle of the impact between Plaintiff's Decedent and the Defendant's Vehicle, the Plaintiff's Decedent's view prior to the Collision, the specific contact points between Defendant's Vehicle and Plaintiff's Decedent, and the mechanism of injury to, and the cause of, Plaintiff's Decedent's fatal injuries. Plaintiff incorporates by reference the opinions expressed by Dr. Pierre-Louis in the deposition taken in this matter on May 18, 2008.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

3

A copy of Dr. Pierre-Louis's *curriculum vitae* has been provided to each party (and is Exhibit 1 to her deposition). A copy of all cases in which Dr. Pierre-Louis has testified as an expert witness in the last four (4) years also is being sought, and will be served upon all parties upon receipt by Plaintiff. Dr. Pierre-Louis was paid her hourly rate for her time for the deposition taken on May 18, 2008.

3. Fiona J. Couper, Ph.D.
   District of Columbia Medical Examiner's Office
   1910 Massachusetts Avenue, S.E., Building 27
   Washington, D.C. 20003

Dr. Couper, a forensic toxicologist, is expected to testify that she conducted the post-mortem Toxicology study on Plaintiff's Decedent and issued a Toxicology Report, which has been previously provided, indicating that no drugs or volatiles were detected in the Plaintiff's Decedent.

Plaintiff will obtain a copy of the *curriculum vitae* of Dr. Couper, who is an employee of the Defendant District of Columbia, as well as a list of all cases in which Dr. Couper has testified as an expert witness in the last four (4) years well in advance of trial in this matter. Both the list of cases and the *curriculum vitae* will be served upon all parties upon receipt by Plaintiff. Dr. Couper has not been paid any monies to date by Plaintiff concerning the subject matter of the Complaint.

4. Detective Wayne Washington
   Major Crash Investigative Unit
   Metropolitan Police Department
   6001 Georgia Avenue, N.W.
   Washington, D.C. 20011
   202-576-6745

Detective Washington is expected to testify about his investigation and/or reconstruction of the Collision, consistent with and inclusive of the contents of his accident/reconstruction

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

report in this matter, including but not limited to the results of the breath analysis test conducted by the Collision Reconstruction Unit under his charge.

Plaintiff will obtain a copy of the *curriculum vitae* of Detective Washington, who is an employee of the Defendant District of Columbia, as well as a list of all cases in which Detective Washington has testified as an expert witness in the last four (4) years well in advance of trial in this matter. Both the list of cases and the *curriculum vitae* will be served upon all parties upon receipt by Plaintiff. Detective Washington has not been paid any monies to date by Plaintiff concerning the subject matter of the Complaint.

5.  Thomas C. Borzilleri, Ph.D.
    One Democracy Plaza
    6701 Democracy Boulevard, Suite 300
    Bethesda, Maryland 20817
    (202) 862-3630

Dr. Borzilleri, an economist, will render his opinions based on his education, training, background and experience in the field of Economic and Financial Analysis, and his review of all pertinent records, the case history provided by and on behalf of the Plaintiff, the Plaintiff's employment history and background, deposition transcripts, and pleadings. He will testify regarding the causal relationship between the Collision and the financial loss, past, present and future, sustained by the Estate as the result of the death of Plaintiff's Decedent.

A copy of Dr. Borzilleri's *curriculum vitae* and list of cases in which he has testified as an expert witness in the last four (4) years also were previously provided to all parties. Dr. Borzilleri's report containing a complete statement of all opinions to be expressed at trial in this matter and the reasons therefore, as well as the data he considered in forming those opinions and attaching any exhibits to be used in summarizing or supporting those opinions will be provided to the Defendants when finalized once all depositions have been taken in this matter.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

Dr. Borzilleri currently is being compensated for the time spent working on this matter at a rate of $375.00 per hour. He has been paid a total of $1,125.00 to date in this matter.

6.  Plaintiff reserves the right to call any experts designated by any other party to this litigation.

7.  Plaintiff reserves the right to supplement this designation upon the conduct of further discovery which is ongoing.

8.  Plaintiff reserves the right to call additional expert witnesses in rebuttal to the expert witnesses called by Defendants.

Respectfully submitted,

_____/s/_____
**STUART S. GREENFEIG** (Bar No. 5272)
**IVONNE C. LINDLEY** (Bar No. 485577)
STEIN, SPERLING, BENNETT, DE JONG,
　　DRISCOLL & GREENFEIG, P.C.
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 354-8117 (facsimile)
Attorneys for Plaintiff

L:\CLIENTS\O\Oxlaj-Gonzalez.Clara Maribel\Autoacci.0001\LITIGATION\Pleadings\250.Rule 26(a)(2) Statement.6.30.08.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

6